# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPAMIES, LLC, *et al.*, | Adversary Proceeding Case No. 19-50780 (BLS) |
| Plaintiff, | |
| vs. | |
| RAMANLAL H. KAPADIA; CHANDAN R. KAPADIA, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1. I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 1985 Marcus Ave Ste 200 Lake Success NY 11042.

2. On June 8, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Adv. Docket No. 13] to be served by first class mail on the following parties: *Ramanlal H. Kapadia and Chandan R. Kapadia at 9418 Chase Hollow Ln, Cypress, TX 77433-5168* (Defendant Party).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
10th day of June, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

---

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3] The envelopes used for service on the parties in Exhibit A included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."